# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
|       **Plaintiff,** | )   Case No.   3:12CR30171-002-DRH |
| | ) |
| v. | ) |
| | ) |
| **Harold M. White Jr.** | ) |
| | ) |
|       **Defendant**, | ) |
| | ) |

## ORDER

THIS CAUSE came on for consideration upon the government's motion pursuant to 18 U.S.C.§§ 3613(a) and 3664(k) & (n) Doc. 665 requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary restitution imposed in this case. As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control $5,722.35 in encumbered funds belonging to the defendant that are currently in the defendant's trust account. At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds and for the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, it is hereby

**ORDERED** that the Motion of United States of America to Authorize Payment from Inmate Trust Account **GRANTED**; and it is further

**ORDERED** that the Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept fund currently held in the trust

account for the following inmate:

> Harold M. White Jr.
> Reg. No. 04865-025
> Memphis FCI
> 1101 John A. Denie Road
> Memphis TN 38134

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Judge Herndon
2018.01.11
14:54:10 -06'00'

United States District Judge